IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISON

| | | |
|---|---|---|
| PATRICIA GEERS, Individually and as Representative of the Estate of KEIFER PATRICK GEERS (Deceased) | § § § § | |
| v. | § § | Civil Action No. 7:24-CV-00034-DC-RCG |
| UNLIMITED IMAGINATION, LLC d/b/a THE KRATOM KING | § § § | |

## STIPULATION OF VOLUNTARY DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

It is hereby stipulated and agreed, by and between the undersigned Parties, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims of Plaintiffs, Patricia Geers, Individually and as Representative of the Estate of Keifer Patrick Geers (Deceased), in the above captioned case are hereby dismissed *WITH PREJUDICE* against Defendant, Unlimited Imagination, LLC d/b/a The Kratom King, each party to bear its own costs.

Respectfully Submitted,

### THE GIBSON LAW FIRM

_____
Jason A. Gibson
State Bar No. 24000606
Fed. Bar No. 28491
jag@jag-lawfirm.com
Casey L. Gibson
State Bar No. 24090599
Fed. Bar No. 2608907
cgibson@jag-lawfirm.com
3701 Kirby Drive, Suite 101
Houston, Texas 77098
Ph: (713) 650-1010
Fax: (713) 650-1011

**e-Service: efile@jag-lawfirm.com
ATTORNEYS FOR PLAINTIFFS**

AGREED TO BY:

*/s/ Lindsay Contreras*

_____
Jeremy T. Monthy
State Bar No. 24073240
Federal I.D. No. 1115582
jmonthy@dhmlaw.com
Derek Hollingsworth
State Bar No. 24002305
Federal I.D. No. 34569
dhollingsworth@dhmlaw.com
Lindsay Contreras
State Bar No. 24094164
Federal I.D. No. 3685193
lcontreras@dhmlaw.com
**Drumheller, Hollingsworth & Monthy, LLP**
712 Main Street, Suite 1705
Houston, Texas 77002
Ph: (713) 751-2300
Fax: (713) 751-2310
**Attorneys for Defendant
Unlimited Imagination, LLC**

**CERTIFICATE OF SERVICE**

 I certify a true and correct copy of this document has been served on all counsel of record via e-service and/or e-mail in compliance with FRCP 5(b)(2) and local rules on August 11, 2025.

_____
Casey L. Gibson