IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| PATRICIA GEERS, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF KEIFER PATRICK GEERS (DECEASED),<br>*Plaintiff,*<br><br>v.<br><br>UNLIMITED IMAGINATION, LLC D/B/A THE KRATOM KING,<br>*Defendant.* | § § § § § § § § § § § § | NO.   MO:24-CV-00034 |

## ORDER

    Before the Court is the Parties' Joint Stipulation of Voluntary Dismissal (Doc. 19) filed August 11, 2025. The parties agree and stipulate that all claims for relief asserted against Defendant is dismissed with prejudice. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. The Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). The request to dismiss all claims against Defendant is hereby **GRANTED**.

    The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action. Each party shall bear and pay their respective attorney fees and costs herein.

    It is so **ORDERED**.

    SIGNED this 12th day of August, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE